UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60198-DIMITROULEAS

UNITED STATES OF AMERICA

v.

WOOSVELT PREDESTIN,

Defendant.

## NOTICE ON FORFEITURE

The United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this notice on forfeiture.

The following property listed in the Plea Agreement, ECF No. 57, was previously identified as subject to forfeiture: a forfeiture money judgment in the amount of $3,309,000.00 in U.S. currency. The United States is not pursuing federal judicial forfeiture at this time.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: */s/ Nicole Grosnoff*
Nicole Grosnoff
Assistant United States Attorney
Court ID No. A5502029
nicole.s.grosnoff@usdoj.gov
U.S. Attorney's Office
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9294
Facsimile: (305) 536-4089